IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE SUBPOENA SERVED ON DON PORTER | 8:23CV128<br><br>**ORDER** |

     This matter comes before the Court on an unopposed motion to transfer an action to quash a subpoena.  Filing No. 2.  The underlying case is *In re Cattle & Beef Antitrust Litigation*, No. 22-md-3031 (JRT/JFD) (D. Minn.).  The subject of the subpoena, Don Porter, also moves to transfer.  The interests of justice served by submitting this dispute to the Court handling the underlying matter, and the deadline for opposition to the motion having passed, the motion is granted.  The matter is transferred to the United States District Court for the District of Minnesota.  The clerk shall please close the file.

     IT IS SO ORDERED.

     Dated this 18th day of April, 2023.

                                                       BY THE COURT:

                                                     s/ Joseph F. Bataillon
                                                     Senior United States District Judge